IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARON A. FINIZIE | : CIVIL ACTION |
| v. | : NO. 23-294 |
| DENIS MCDONOUGH | : |

## ORDER

**AND NOW**, this 9th day of August 2023, upon considering Defendant's Motion for summary judgment (ECF Doc. 21), Plaintiff's Opposition (ECF No. 22), Defendant's Reply (ECF No. 23), and finding no genuine issues of material fact precluding entry as a matter of law as more fully detailed in today's accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion (ECF No. 21) is **GRANTED** dismissing all claims; and,

2. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.